UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notices: 3623217 and 3623218 |
| RAYMOND HANEY | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation 3623217 and 3623218 against defendant Raymond Haney, which was filed on March 24, 2015 charging him with assaulting a police officer and possession of a firearm on U.S. Property, for the reason that prosecution of defendant Raymond Haney, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Raymond Haney of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 6/25/15